

# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 14-cv-0442-KNM

Name of party requesting extension: Athenahealth, Inc.

Is this the first application for extension of time in this case?   ☐ Yes
  ☑ No

If no, please indicate which application this represents:   ☑ Second
  ☐ Third
  ☐ Other _____

Date of Service of Summons: 5/27/2014

Number of days requested:   ☐ 30 days
  ☑ 15 days
  ☐ Other _____ days

New Deadline Date: 8/01/2014   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Charles H. Sanders
State Bar No.: MA BBO# 646740
Firm Name: Goodwin Procter LLP
Address: Exchange Place, 53 State Street
        Boston, MA 02109

Phone: 617-570-1000
Fax:   617-523-1231
Email: csanders@goodwinprocter.com

A certificate of conference does not need to be filed with this unopposed application.