# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **PRESQRIBER, LLC,** | |
| Plaintiff, | Case No. 6:14-cv-440 |
| v. | **CONSOLIDATED CASE** |
| **AO CAPITAL PARTNERS LLC d/b/a PROGNOSIS INNOVATION HEALTHCARE,** | **LEAD CASE** |
| Defendant. | |
| **PRESQRIBER, LLC,** | |
| Plaintiff, | Case No. 6:14-cv-442 |
| v. | **PATENT CASE** |
| **ATHENAHEALTH, INC.,** | **JURY TRIAL DEMANDED** |
| Defendant. | |

### ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF PRESQRIBER, LLC AND DEFENDANT ATHENAHEALTH, INC.

On this day, the Court considered the Agreed Motion for Dismissal with Prejudice of All Claims Between Plaintiff Presqriber, LLC ("Presqriber"), and Defendant Athenahealth, Inc. ("Athenahealth"). Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby, GRANTED.

It is, therefore, ORDERED that this action and all claims and counterclaims asserted in this suit between Presqriber and Athenahealth are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorney's fees and expenses.

So ORDERED and SIGNED this 2nd day of March, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE